Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BLAKE,<br><br>         Plaintiff,<br><br>   vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>         Defendant. | Case No.  09-CV900098-FCD-KJM<br><br>NCO FINANCIAL SYSTEMS, INC.'S RULE 7.1 (a) CORPORATE DISCLOSURE STATEMENT |

NOW INTO COURT, through undersigned counsel, comes defendant, NCO Financial Systems, Inc. ("NCO"), which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1.     Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies

any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

    2.    NCO Financial Systems, Inc., a Pennsylvania corporation, and NCO Holdings, Inc., a Delaware corporation, are wholly owned by JDR Holdings, Inc., also a Delaware corporation. JDR Holdings, Inc. is wholly owned by Compass International Services Corporation, a Delaware corporation. All of the above-mentioned corporations are wholly owned by NCO Group, Inc, a privately held corporation incorporated in Delaware. Various corporate affiliates of Citigroup Inc. own approximately 7% of NCO Group, Inc. stock. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 88% of NCO Group, Inc. stock.

Dated: 2/11/09                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                    /s/ Albert R. Limberg
                                    Albert R. Limberg
                                    Attorney for Defendant
                                    NCO Financial Systems, Inc.