|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT** | **FILED** |
| **EASTERN DISTRICT OF CALIFORNIA** | May 5, 2009 |
|  | CLERK, US DISTRICT COURT |
|  | EASTERN DISTRICT OF CALIFORNIA |
|  | DEPUTY CLERK |

## JUDGMENT IN A CIVIL CASE

DONNA BLAKE,

    Plaintiff,                              CIV. S-09-0098 FCD KJM

    v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON MAY 4, 2009.**

                                                          Victoria C. Minor,
                                                          Clerk of the Court

ENTERED:    May 5, 2009

                                                          by:_____/s/_____
                                                            Michele Krueger,
                                                           Courtroom Deputy