Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BLAKE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No.  09-CV-00098-FCD-KJM<br><br>STIPULATION TO VACATE THE JUDGMENT AND DISMISS THE ACTION WITH PREJUDICE |

　　　　Plaintiff, DONNA BLAKE, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on January 12, 2009.  NCO filed its responsive pleading on February 11, 2009.  DONNA BLAKE filed a Notice of Acceptance of NCO's Offer of Judgment on May 4, 2009.  The Court entered judgment pursuant to the accepted offer of judgment on May 5, 2009.  The parties subsequently resolved the action in its entirety.

As part of said resolution, the parties agree to vacate the judgment and dismiss the entire action with prejudice.

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the judgment entered in the above captioned action be vacated pursuant to Fed. R. Civ. Pro. 60.

    IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated:  5/26/09        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                              /s/Albert R. Limberg
                              Albert R. Limberg,
                              Attorney for Defendant,
                              NCO Financial Systems, Inc.

Dated:  5/26/09        KROHN & MOSS, LTD.

                              /s/ Ryan Lee
                              Ryan Lee,
                              Attorney for Plaintiff,
                              Donna Blake

IT IS SO ORDERED.

Dated:                                          _____
                              Hon. Frank C. Damrell, Jr.
                              United States District Judge